Receipt # 1108845 /
9/10/2009 dlm

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 629.63  IN 2 CHECKS
CHECK #  14665 FOR  $ 483.49
CHECK #  14666 FOR  $ 146.14
Representing unclaimed funds.

DATED: 8-19-2009

S/ALBERT J. MOGAVERO

ALBERT J. MOGAVERO
TRUSTEE



FILED
SEP 10 2009
BANKRUPTCY COURT
BUFFALO, N.Y.

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 826048 | DAMES | 0513944 | 0.01 | COBBLESTONE COUNTRY F.C.U. | 239 SOUTH MAIN STREET | | ALBION NY | 14411 |
| 826262 | OYLER | 0810323 | 5.02 | Chapter 7 Trustee: 08-10323 | c/o Trustee —MARK SCHLANT | | Unknown NY | 14202 |
| 826263 | DAVIS | 0602625 | 5.02 | Chapter 7 Trustee:0602625 | c/o Trustee —THOMAS DOREY | | Unknown NY | 14202 |
| 826264 | MINTON | 0700442 | 5.00 | Chapter 7 Trustee:0700442 | c/o Trustee —THOMAS DOREY | | Unknown NY | 14202 |
| 826265 | GRAY | 0701502 | 5.01 | Chapter 7 Trustee:0701502 | c/o Trustee —HAROLD BULAN | | Unknown NY | 14202 |
| 826266 | FRONTERA, JR. | 0702325 | 5.00 | Chapter 7 Trustee:0702325 | c/o Trustee —WILLIAM LAWSON | | Unknown NY | 14202 |
| 826944 | PAUSE | 0415392 | 167.01 | GREAT SENECA FINANCIAL CORP C/O COHEN & SLAMOWITZ, LLP | 199 CROSSWAYS PARK DRIV | | WOODBURY NY | 11797 |
| 827899 | KRZYSTEK | 0418684 | 129.77 | NCI PORTFOLIO SERVICES | % WELTMAN, WEINBERG & REIS | 323 WEST LAKESIDE AVE., 2NDCLEVELAND OH | | 44113 |
| 828798 | LIS | 0317167 | 134.40 | SAGE FINANCIAL, LTD | % UPTON, COHEN ET AL | 199 CROSSWAYS PARK DR. | WOODBURY NY | 11797 |
| 828891 | LIDDLE | 0410749 | 24.51 | SHERMAN ACQUISITION LP | DBA RESURGENT ACQUISITION | P.O. BOX 12914 | NORFOLK VA | 23541 |
| 829730 | STEWART | 0416385 | 2.74 | WOLPOFF & ABRAMSON, LLP | TWO IRVINGTON CENTRE | 702 KING FARM BLVD | ROCKVILLE MD | 20850 |
| 829905 | GANGAROSSA | 0317493 | 5.00 | ROBIN E GANGAROSSA | 1 KINGSBURY AVE. | | BATAVIA NY | 14020 |
| 829929 | CAHILL | 0414661 | 87.19 | KEVIN & DEBRA CAHILL | 6717 GATES DRIVE | | DERBY NY | 14047 |
| 829939 | RODOLPH | 0417869 | 15.43 | DAVID & ELIZABETH RODOLPH | 184 ARGUST | | CHEEKTOWAGA NY | 14225 |
| 829961 | BRINSKO | 0511336 | 3.50 | DAVID L BRINSKO | 28 CONCORD ST. | | BUFFALO NY | 14212 |
| 829979 | POWERS | 0516109 | 5.00 | WILLIAM & LUCILLE POWERS | C/O MARY SHEPHERD | PO BOX 4736 | OCALA FL | 34478 |
| 829999 | OSBORNE | 0600831 | 5.00 | CRAIG S OSBORNE | 136 HIGHGATE AVENUE | | BUFFALO NY | 14214 |
| 830016 | GRUNTHANER | 0703315 | 5.00 | JOHN A GRUNTHANER | 108 BAXTER ST. | | BUFFALO NY | 14207 |
| 830018 | GURGOL | 0704199 | 5.00 | DANIEL W GURGOL | 352 SOUTH STREET | | E. AURORA NY | 14052 |
| 830022 | KNEIS | 0810373 | 5.00 | DAWN KNEIS & MICHAEL KNEIS, S142 E. CANYON DR. | | | HAMBURG NY | 14075 |
| 830024 | BELL | 0810785 | 5.00 | BERNADETTE C BELL | 617 LISBON AVENUE | | BUFFALO NY | 14215 |
| 830025 | TATKO | 0811098 | 5.02 | PAUL H TATKO | 158 RUTLAND AVENUE | | CHEEKTOWAGA NY | 14212 |
| | | | $629.63 | | | | | |

Case 1-04-10749-MJK    Doc 62    Filed 09/11/09    Entered 09/11/09 14:54:13    Desc Main Document    Page 2 of 2